IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                               CIV 07-0360 RB/CEG
                                                                      CR 05-0526 RB

STEWART TODD CORDER,

    Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S
# PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 6, 2007 (Doc. 7). The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To date, neither party has filed objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)     the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 7) are adopted;

2)     with the exception of the claims regarding counsel's failure to inform him of the sentence length, failure to arrange a debriefing, failure to inform him of a proposed plea bargain, and failure to appeal, the claims in Corder's 28 U.S.C. § 2255 motion are denied;

3)     the Federal Public Defender is appointed to represent Corder; and

4)     upon entry of appearance, counsel for Corder and counsel for the United States are to confer and ascertain whether this matter can be resolved informally and, if

not, inform the Magistrate Judge of appropriate dates for the evidentiary hearing and/or briefing schedule.

_____
UNITED STATES DISTRICT JUDGE